## *September* Term, 1787.

(p. 36,—39.)

### The STATE *againſt* JOHN B. OLIVER *and his* Wife.

#### *On* Habeas Corpus *of Negro* Kate.

THE Court after hearing the Arguments of Counſel, *are of Opinion,* that the ſaid John B. Oliver enter into Recognizance in Five Hundred Pounds, conditioned that he do not ſend or ſuffer to be ſent, the Negro Kate mentioned in the ſaid Habeas Corpus, out of this State, till the Court ſhall take further Order therein at the next Term. Recognizance entered into accordingly by the ſaid John B. Oliver.

The Attorney General and Eliſha Boudinot for State.

Elias Boudinot and Aaron Ogden for Defendants.

Note, *The Counſel for the Defendants in this Caſe, contended that they ought not to be compelled to anſwer the Allegation of Abuſe, becauſe, as the Habeas Corpus, was in common form to bring the Body, and no Cauſe in particular alledged, they could not be preſumed to come prepared to anſwer any thing but the illegal Detainer of the Negro as a Slave, and inſiſted that they ought not to be compelled to anſwer this until a ſufficient Proſecutor ſhould be indorſed on the Habeas Corpus, and Security given for the Coſts : All this the Court over ruled. The Counſel for the Defendants undertook that the Negro ſhould not be ill-treated, and the diſpute was afterwards ſettled and the Court heard nothing further of the Affair.*